UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 1:11-cv-171 |
| v. | ) | *Lee* |
| | ) | |
| BART'S LAKESHORE LLC d/b/a BART'S LAKESHORE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Due to the addition of a new Defendant to the case, the request for additional discovery, and the Court's entry of an Amended Scheduling Order setting forth a new deadline for dispositive motions, the Court **ORDERS** that Plaintiffs' pending motion for summary judgment [Doc. 23] is **DENIED WITHOUT PREJUDICE**.

SO ORDERED.

ENTER:

                                                   s/ *Susan K. Lee*
                                                   SUSAN K. LEE
                                                   UNITED STATES MAGISTRATE JUDGE